William Douglas White
8205 Pettit Court
McLean, VA 22102
Telephone: 703-770-9265
Facsimile:  703-770-9266
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

*******************************************

| | | |
|---|---|---|
| IN RE | * | |
| | * | |
| SETH JAY PRICE | * | Case No. 14-00239 |
| | * | (Chapter 7) |
| Debtor | * | |

*******************************************

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Old Line Bank– Claim Nos. 12 & 13 | $46,125.90 |
| | |

Respectfully submitted,

/s/ William Douglas White
William Douglas White
8205 Pettit Court
McLean, VA 22102
Telephone: 703-770-9265
Facsimile:  703-770-9266
wdw@mccarthywhite.com